Order issued October 30, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01500-CV

IN RE MIGUEL SOLIS, Relator

Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12543

# ORDER
Before Justices Moseley, Lang-Miers, and Evans

The Court has before it relator's October 30, 2013 petition for writ of mandamus and

motion for expedited relief. On the Court's own motion, we **ORDER** all proceedings in the trial

court **STAYED** pending further order of this Court.

The Court requests that real party file a response by Friday, November 8, 2013.

/s/     JIM MOSELEY
PRESIDING JUSTICE